<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-6984**

In Re: LEONARD EDWIN THOMAS,

                                        Petitioner.


On Petition for Writ of Mandamus.  (CR-96-381)

Submitted:  August 31, 1999          Decided:  October 5, 1999

Before LUTTIG and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Leonard Edwin Thomas, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leonard Edwin Thomas petitions the court for a writ of mandamus seeking to compel the District Court for the District of Maryland to act on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). Review of the district court's docket sheet reveals that the district court denied Thomas' motion on August 17, 1999. We therefore grant Thomas' motion to proceed in forma pauperis, but deny his petition for mandamus as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2